| Case | Number | Date | Judge | Disposition |
|---|---|---|---|---|
| Torrence v. State | 49A02–1611–CR–2542 | 08/28/2017 | BAILEY, J. | Dismissed |
| | | | BAKER, J. | Concurs |
| | | | ALTICE, J. | Concurs |
| Warman v. State | 49A02–1612–CR–2762 | 08/28/2017 | ROBB, J. | Affirmed |
| | | | RILEY, J. | Concurs |
| | | | PYLE, J. | Concurs |
| Hensley v. Hensley | 80A05–1611–DR–2567 | 08/28/2017 | ROBB, J. | Affirmed |
| | | | RILEY, J. | Concurs |
| | | | PYLE, J. | Concurs |
| Tomas–Felipe v. State | 09A02–1703–CR–607 | 08/28/2017 | FRIEDLANDER, Sr.J. | Affirmed |
| | | | MATHIAS, J. | Concurs |
| | | | CRONE, J. | Concurs |
| Tipton v. State | 47A01–1704–PC–838 | 08/28/2017 | ROBB, J. | Affirmed |
| | | | RILEY, J. | Concurs |
| | | | PYLE, J. | Concurs |
| L.R., Matter of | 29A02–1704–JT–846 | 08/28/2017 | BAILEY, J. | Affirmed |
| | | | BAKER, J. | Concurs |
| | | | ALTICE, J. | Concurs |
| Heuring v. State | 87A04–1701–CR–74 | 08/29/2017 | VAIDIK, C.J. | Affirmed |
| | | | MATHIAS, J. | Concurs |
| | | | CRONE, J. | Concurs |
| R.B. v. D.C. | 29A04–1704–AD–736 | 08/29/2017 | PYLE, J. | Dismissed |
| | | | RILEY, J. | Concurs |
| | | | ROBB, J. | Concurs |
| McGraw v. State | 49A05–1611–CR–2515 | 08/29/2017 | BROWN, J. | Affirmed |
| | | | NAJAM, J | Concurs |
| | | | KIRSCH, J. | Concurs |
| Keck v. State | 66A03–1703–CR–628 | 08/29/2017 | PYLE, J. | Affirmed |
| | | | RILEY, J. | Concurs |
| | | | ROBB, J. | Concurs |
| Weathers v. State | 63A01–1703–CR–683 | 08/29/2017 | VAIDIK, C.J. | Reversed and remanded |
| | | | MATHIAS, J. | Concurs |
| | | | CRONE, J. | Concurs |
| Flagle v. State | 43A05–1704–CR–875 | 08/29/2017 | PYLE, J. | Affirmed |
| | | | RILEY, J. | Concurs |
| | | | ROBB, J. | Concurs |